ORLANDO DE FRANCESCO v. BOARD OF EDUCATION, CITY
OF NEWARK.

July 2, 1982.

Petition for certification denied.

STEVEN A. MAIETTA v. NEW JERSEY RACING COMMISSION.

July 2, 1982.

Petition for certification granted.   (See 183 *N.J.Super.* 397)

STATE OF NEW JERSEY v. HOMER W. LEWIS.

July 2, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT MC NEIL.

July 2, 1982.

Petition for certification denied.